# Unclaimed Funds

Entered 8/10/2015 to 8/10/2015

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 10-10843 -jnf 17379441 | Charlie's Oil Company  Law Office Of David M. Baker  45 N Main St  Fall River, MA 02720-2133  02720-2133 | 7.02 | 08/10/2015 |
| 10-10845 -fjb 19568308 | MICHAEL PLANNETT  525 BUENA VISTA AVE., APT 202  ALMEDA, CA 94501  94501 | 7.97 | 08/10/2015 |
| 10-10857 -fjb 19568309 | MARTIN & JENNIFER SCHOFIELD  27 COTTAGE ST  MEDWAY, MA 02053  02053 | 40.00 | 08/10/2015 |
| 10-11433 -jnf 17401089 | Capital One Bank  P.O. Box 71083  Charlotte, NC 28272-1083  28272-1083 | 6.24 | 08/10/2015 |
| 10-12200 -jnf 19568310 | SARAH WALSH  22 NORTON RD  WEST YARMOUTH, MA 02673  02673 | 14.00 | 08/10/2015 |
| 10-14872 -wch 17698213 | Verizon  PO BOX 3037  Bloomington, IL 61702-3037  61702-3037 | 10.39 | 08/10/2015 |
| 10-15654 -fjb 17631549 | The Education Resources Institute  One Cabot Road  Medford, MA 02155  02155 | 2,411.83 | 08/10/2015 |
| 10-17282 -jnf 19568315 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS  P.O. BOX 2026 | 2,996.04 | 08/10/2015 |

| | | | |
|---|---|---|---|
| | FLINT, MI 48501-2006<br>48501-2006 | | |
| [10-23040 -jnf](#)<br>19554173 | DONALD & LORRAINE SIMAS<br>10 MAYWOOD ST<br>NEW BEDFORD, MA 02745<br>02745 | 125.00 | 08/10/2015 |
| [11-12354 -wch](#)<br>18487311 | US Dept. of HUD<br>c/o Deval LLC<br>1255 Corporate Dr., #300<br>Irving, TX 75038<br>75038 | 230.98 | 08/10/2015 |
| [11-13248 -jnf](#)<br>19568311 | THERESA SIMPSON<br>39 WEST ST., UNIT B3<br>RANDOLPH, MA 02368<br>02368 | 4.88 | 08/10/2015 |
| [11-18791 -wch](#)<br>19554176 | ERNEST DURFEE, JR.<br>195 PRAGUE ST, APT 2<br>SOMERSET, MA 02725<br>02725 | 70.00 | 08/10/2015 |
| [11-21104 -jnf](#)<br>18438517 | Verizon<br>PO BOX 3037<br>Bloomington, IL 61702-3037<br>61702-3037 | 12.18 | 08/10/2015 |
| [11-21299 -jnf](#)<br>19568312 | JOHN & THERESA PATRICIAN<br>8 WILBUR ST<br>ABINGTON, MA 02351<br>02351 | 26.00 | 08/10/2015 |
| [12-11713 -wch](#)<br>18471720 | Charlie's Oil Co., Inc.<br>46 Oak Grove Avenue<br>Fall River, MA 02723<br>02723 | 12.08 | 08/10/2015 |
| [12-12742 -jnf](#)<br>18684038 | Oil Express Company<br>13 Old Barnstable Road<br>East Falmouth, MA 02536<br>02536 | 8.21 | 08/10/2015 |
| [12-13630 -fjb](#)<br>18491667 | Sears/cbna<br>8725 W. Sahara Ave | 478.17 | 08/10/2015 |

|  |  |  |  |
|---|---|---|---|
| | The Lakes, NV 89163<br>89163 | | |
| 13-16746 -fjb<br>19568313 | JOSEPH ESHAK<br>5 JAMES ST<br>PLAINVILLE, MA 02762<br>02762 | 290.00 | 08/10/2015 |
| 13-16926 -fjb<br>19568314 | MARIO & DENISE ROCHA<br>145 PEARL ST<br>BROCKTON, MA 02301<br>02301 | 13,110.00 | 08/10/2015 |

**Grand Total: 19,860.99**